CASE NUMBER 14-15-00021-CV

CLINTON BOWERS

PRO-SE

3718 BRIGHTON LANE

PEARLAND, TEXAS 77584

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

MAR 19 2015

CHRISTOPHER A. PRINE
CLERK

FOURTEENTH COURT OF APPEALS

301 FANNIN SUIT 245

HOUSTON TEXAS 77002

CAROLYN L. MCELROY

ATTORNE AT LAW

5177 RICHMOND AVENU

SUITE 1275

HOUSTON, TEXAS 77056

STYLE: IN THE MATTER OF THE MARRIAGE OF CLINTON BOWERS AND BARBARA BOWERS

CLIBTON BOWERS REQUEST FOR EXTENSION OF TIME   OF 30 DAYS

Appellate Clinton Bowers request extension of time to complete his brie. Contacted the opposing counsel Carolyn L. McElroy and she had no objection and she said that she do not represent Barbara Bowers an more and she stated that she received the appeals notice.

CLINTON BOWERS

PRO-SE

3718 BRIGHTON LANE

PEARLAN, TEXAS 77584

CEL 832-603-7459

## Certificate of Service

I hereby certify that a true copy of the above was served on attorney Carolyn Mcelroy at 5177 Richmond Ave. Ste. 1275 Houston , Tx. 77056 accordance with the Texas Rule of Civil procedure

CLINTON BOWERS

3718 BRIGHTON LANE

PEARLAND, TEXAS 77584